IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEATHER MILLARD, | |
| Plaintiff, | 8:18CV452 |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | JUDGMENT |
| Defendant. | |

In accordance with the Order entered today (Filing No. 42), judgment is entered in favor of plaintiff Heather Millard and against defendant Kilolo Kijakazi, Acting Commissioner of Social Security, in the amount of $3,000 in attorney fees.

Dated this 16th day of August 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge