IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEATHER MILLARD,<br><br>    Plaintiff,<br><br> v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | 8:18CV452<br><br>JUDGMENT |

  In accordance with the Memorandum and Order entered today (Filing No. 51), plaintiff Heather Millard is awarded $5,399.50 in attorney fees pursuant to 42 U.S.C. § 406(b). The fee award shall be paid from the 25% of past-due benefits being held by the Social Security Administration for direct payment to counsel.

  Dated this 1st day of September 2022.

                BY THE COURT:

                Robert F. Rossiter, Jr.
                Chief United States District Judge